# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARCOS M. RAMOS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0411

[July 2, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 062013CF013580A88810.

Marcos M. Ramos, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***